FILED'07 SEP 10 08:42 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALICE MAKER,                                          06-CV-731-PK

        Plaintiff,                                ORDER

v.

CITY OF TILLAMOOK, OREGON,
and OFFICER STEVE SMALL,

        Defendants.


**BENJAMIN WRIGHT HAILE**
Haile Eiva LLP
620 S.W. Main
Suite 616
Portland, OR 97205
503 228-1889

        Attorneys for Plaintiff

**GERALD L. WARREN**
280 Liberty Street S.E.
Suite 206
Salem, OR 97301
(503) 480-7252

        Attorney for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#37) on June 21, 2007, in which he recommended the Court deny Defendants' Motion for Summary Judgment (#11) and deny Plaintiff's Motion for Summary Judgment (#26). Plaintiff and Defendants filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has carefully considered both parties' Objections and concludes they do not provide a basis to modify the Findings and Recommendation. This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#37), **DENIES** Defendants' Motion for Summary

2 - ORDER

Judgment (#11), and **DENIES** Plaintiff's Motion for Summary Judgment (#26).

    IT IS SO ORDERED.

    DATED this 6th day of September, 2007.

                                  */s/ Anna J. Brown*
                                  ANNA J. BROWN
                                  United States District Judge

3 - ORDER